UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOE ARCAUTE,

    Petitioner,                             Case No. 1:16-cv-1112

v                                              Hon. Paul L. Maloney

SHANE JACKSON,

    Defendant.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and § 455(b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated: April 23, 2018                                  /s/ Ray Kent
                                                            United States Magistrate Judge