UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Noe Arcaute,
    Petitioner,

-v-

Shane Jackson,
    Respondent.

No. 1:16-cv-1112

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: October 16, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge